# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL T. SMITH, Administrator for the Estate of Jack Sells,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR CO., Administrator for the Savings and Stock Investment Plan<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:13-cv-02237-MHS<br><br>(From the State Court of Cobb County, Georgia, File No. 2013-A-1620-2) |

_____

## JOINT STIPULATION OF DISMISSAL
_____

In accordance with Federal Rule of Civil Procedure 41(a)(1) and Local Rule 41.1 of the United States District Court for the Northern District of Georgia, Plaintiff Michael T. Smith, Administrator for the Estate of Jack Sells, and Defendant Ford Motor Company, Administrator for the Savings and Stock Investment Plan hereby submit this Joint Stipulation of Dismissal.

The parties request that the Clerk mark the above-styled action dismissed with prejudice on the enclosed proposed order, with each party to bear their own attorneys' fees and costs.

Respectfully submitted this 10th day of July, 2013.

| **ROBERT W. HUGHES & ASSOCIATES, P.C.** | **OWEN, GLEATON, EGAN, JONES & SWEENEY, LLP** |
|---|---|
| /s/ Shawn A. Owen<br>Robert W. Hughes, Jr.<br>Georgia Bar No. 376311<br>Shawn A. Owen<br>(Signature affixed by Philippa Ellis w/ Express Permission)<br>Georgia Bar No. 227885<br>2415 West Park Place Blvd., Suite B<br>Stone Mountain, Georgia 30087<br>Telephone:  (404) 688-2600<br>Facsimile:  (678)680-6095 fax<br>Email: rhughes@hughespclaw.com<br>Email: sowen@hughespclaw.com<br><br>ATTORNEYS FOR PLAINTIFF MICHAEL T. SMITH, ADMINISTRATOR FOR THE ESTATE OF JACK SELLS | /s/ Philippa V. Ellis<br>Philippa V. Ellis<br>Georgia Bar No. 711715<br>Adam P. Ford<br>Georgia Bar No. 355079<br>1180 Peachtree Street, N.E., Suite 3000<br>Atlanta, Georgia 30309-3574<br>Telephone: (404) 688-2600<br>Facsimile: (404) 525-4347<br>Email: ellis@og-law.com<br>Email:  aford@og-law.com<br><br>ATTORNEYS FOR DEFENDANT FORD MOTOR COMPANY |

## CERTIFICATE OF COMPLIANCE

By her signature below, and as required by N. D. Ga. R. 7.1, counsel for Defendant FORD MOTOR COMPANY, certifies that the foregoing pleading has been prepared with Times New Roman font, size 14.

/s/ Philippa V. Ellis
Philippa V. Ellis

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2013, I electronically filed: **JOINT STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record: *None*.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: *Michael T. Smith, Administrator for the Estate of Jack Sells, c/o his attorneys, Robert W. Hugh, Jr. and Shaw A. Owen, Robert W. Hughes & Associates, P.C., 2415 West Park Place Boulevard, Suite B, Stone Mountain, Georgia 30087.*

This 10th day of July, 2013.

        **OWEN, GLEATON, EGAN, JONES & SWEENEY, LLP**

        /s/ Philippa V. Ellis
        Philippa V. Ellis
        Georgia Bar No. 711715
        Adam P. Ford
        Georgia Bar No. 355079
        1180 Peachtree Street, N.E., Suite 3000
        Atlanta, Georgia 30309-3574
        Telephone: (404) 688-2600
        Facsimile: (404) 525-4347
        Email: ellis@og-law.com
        Email: ford@og-law.com